SEYFARTH SHAW LLP
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
Emily Schroeder (SBN 274257)
eschroeder@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendant
TBWA Worldwide, Inc. dba TBWA/Media Arts Lab

PINEDOLAW
Craig A. Pinedo (SBN 191337)
cpinedo@pinedolaw.com
1700 North Broadway, Suite 430
Walnut Creek, CA 94596
Telephone: (415) 693-9155
Facsimile: (415) 524-7564

FRANK SIMS STOLPER, LLP
Jason M. Frank (SBN 190957)
jfrank@lawfss.com
19800 MacArthur Blvd., Suite 855
Irvine, California 92612
Telephone: (949) 201-2400
Facsimile: (949) 201-2405

Attorneys for Plaintiff
REBECCA STAMBANIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA STAMBANIS,<br><br>Plaintiff,<br><br>v.<br><br>TBWA WORLDWIDE, INC., dba TBWA/Media Arts Lab; and DOES 1-20,<br><br>Defendants. | Case No. 2:19-CV-03962-ODW<br><br>**PROTECTIVE ORDER** |

## ORDER

Consistent with Defendant TBWA WORLDWIDE, INC., dba TBWA/Media Arts Lab and Plaintiff REBECCA STAMBANIS's Stipulation Regarding Protective Order, filed concurrently herewith:

IT IS HEREBY ORDERED that:

Good cause appearing for this Protective Order,

**IT IS SO ORDERED.**

Dated: March 9, 2020

_____
Hon. Judge John E. McDermott
UNITED STATES MAGISTRATE JUDGE
United States District Court
Central District of California